UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:03CR00537-01 WBS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| **MARQUIS BREAUX (aka Mark),** | ) ) | |
| Defendant. | ) ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **Marquis Breaux (aka Mark)**  Case  2:03CR00537-01 WBS  from custody for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of _____

    ___  Unsecured bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond secured by Real Property

    ___  Corporate Surety Bail Bond

    **X**   (Other)  **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  April 28, 2020  at   2:25  p.m.  .

Dated:  April 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing